# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5132**

**September Term, 2024**

**1:24-cv-00478-RDM**

**Filed On:** September 4, 2024

Joe Alter,

       Appellant

    v.

Donald J. Trump,

       Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Pan, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion to expedite, it is

**ORDERED AND ADJUDGED** that the district court's dismissal of this case be affirmed. Appellant lacks standing to challenge Donald Trump's eligibility to hold future office. See Lance v. Coffman, 549 U.S. 437, 439–42 (2007) (per curiam); Laity v. Harris, No. 20-7109, 2021 WL 2350003, at *1 (D.C. Cir. Feb. 5, 2021) (per curiam) (holding that plaintiff did "not possess standing to challenge Vice President Harris's eligibility to hold office"). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
          Daniel J. Reidy
          Deputy Clerk